IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEHAVIORAL HEALTH CONCEPTS, INC. a California Corporation, )<br>)<br>)<br>)<br>plaintiff, )<br>)<br>v. )<br>)<br>BULLOCK COUNTY HOSPITAL; )<br>INMED GROUP, INC. d/b/a )<br>BULLOCK COUNTY HOSPITAL )<br>FICTITIOUS PARTIES 1-5, who own, )<br>operate, or manage the Bullock )<br>County Hospital, )<br>)<br>defendants. )<br>) | CASE NO. 2:07CV806-MHT |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Behavioral Health Concepts, Inc., plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is a corporation. The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Fred Delloye | President |

_____
Marvin H. Campbell (CAM019)
Attorney for Plaintiff
BEHAVIORAL HEALTH CONCEPTS, INC.
P.O. Box 4979
Montgomery, AL  36103-4979
Phone: (334) 263-7591
Fax: (334) 832-9476
E-Mail: mhcfirm@aol.com