| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Janette Lindsey* ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>Jeanette Lindsey    09-15-07 |
| 1. Article Addressed to:<br><br>Dr. Benton Busbee<br>Bullock County Hospital<br>102 W. Conecuh Avenue<br>Union Springs, AL 36089 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2.07cv806 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☒ Yes |
| 2. Article Number<br>   (Transfer from service label)   7000 0600 0028 2985 6199 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540