IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEHAVIORAL HEALTH, CONCEPTS, INC., a California corporation<br>    Plaintiff,<br><br>v.<br><br>BULLOCK COUNTY HOSPITAL;<br>INMED GROUP, INC., d/b/a<br>BULLOCK COUNTY HOSPITAL<br>FICTITIOUS PARTIES 1-5, who own, operate, or management the Bullock County Hopital.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  2:07-CV-806-MHT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher T. Terrell, Balch & Bingham, LLP, Post Office Box 306, Birmingham, Alabama 35201, as counsel of record for defendants Bullock County Hospital; InMed Group, Inc., d/b/a Bullock County Hospital. The Court and opposing counsel are requested to include Mr. Terrell in service and distribution of all pleadings, motions and orders filed or entered herein.

Respectfully submitted this 8th day of November, 2007.

/s/ Christopher T. Terrell
Attorney for Defendant,
Bullock County Hospital; InMed Group, Inc., d/b/a
Bullock County Hospital

940589.1

**OF COUNSEL:**

Christopher T. Terrell, ASB-0963-H61T
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798