IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | |
|---|---|
| BEHAVIORAL HEALTH, CONCEPTS, INC., a California corporation<br><br>Plaintiff,<br>v.<br><br>BULLOCK COUNTY HOSPITAL; INMED GROUP, INC., d/b/a BULLOCK COUNTY HOSPITAL FICTITIOUS PARTIES 1-5, who own, operate, or management the Bullock County Hospital.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:07-CV-806-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Behavioral Health Concepts, Inc., and defendants Bullock County Hospital and InMed Group, Inc., by and through their undersigned counsel, hereby give notice to the Court that they have reached a settlement of the claims in the above-referenced action, and it is hereby stipulated that plaintiff's claims be dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement and General Release. Except as set forth in the confidential settlement agreement, all parties shall bear their own attorneys' fees and costs.

The undersigned counsel for defendants has consulted with counsel for the plaintiffs and is authorized to submit this Joint Stipulation on behalf of all of the plaintiffs and all of the defendants.

Dated this 8th day of November.

940511.1

                                        Respectfully submitted,

                                        /s/ Christopher T. Terrell
                                        One of the attorneys for Bullock County
                                        Hospital and InMed Group, Inc.

<u>Of Counsel</u>:

Balch & Bingham LLP
1901 Sixth Avenue North
P.O. Box 306 (35201)
Birmingham, AL 35203
Telephone: (205) 226-8734
Facsimile: (205) 488-5659